**IN THE COURT OF APPEALS OF IOWA**

No. 15-1185
Filed February 10, 2016


**HIBU, INC., formerly known as YELLOWBOOK, USA,**
    Plaintiff-Appellee,

**vs.**

**SHANKS LAW FIRM,**
    Defendant-Appellant.
_____


Appeal from the Iowa District Court for Pottawattamie County, James M. Richardson, Judge.


HIBU, Inc., f/k/a Yellowbook, USA, filed suit against the Shanks Law Firm to collect on an unpaid account for services provided pursuant to an advertising contract. **AFFIRMED.**


Randall J. Shanks and Emily A. Shanks of Shanks Law Firm, Council Bluffs, for appellant.

Sara E. Bauer and Amy M. Goltz of Gurstel Chargo P.C., Golden Valley, Minnesota, for appellee.


Considered by Tabor, P.J., and Bower and McDonald, JJ.

**MCDONALD, Judge.**

HIBU, Inc., f/k/a Yellowbook, USA, filed suit against the Shanks Law Firm to collect on an unpaid account for services provided pursuant to an advertising contract. The parties filed cross-motions for summary judgment, agreeing the contract at issue was unambiguous and the question presented was one of law for the court. The district court entered judgment in favor of HIBU and adverse to Shanks. On appeal, Shanks contends the district court erred in construing the contract. Our review is for the correction of legal error. *See Shelby Cty. Cookers, L.L.C. v. Util. Consultants Int'l., Inc.*, 857 N.W.2d 186, 189 (Iowa 2014) ("We review the district court's summary judgment ruling for correction of errors at law."); *Postell v. American Family Mut. Ins. Co.*, 823 N.W.2d 35, 41 (Iowa 2012) ("Our review of the district court's construction of the contract is for errors at law. Similarly, we review the district court's interpretation of the contract for errors at law, unless the court used extrinsic evidence to interpret the words of the contract."). We find no legal error in the district court's ruling on the parties' cross-motions for summary judgment. HIBU performed pursuant to the terms of the unambiguous contract and is entitled to judgment as a matter of law. The judgment of the district court is affirmed without further opinion. *See* Iowa R. 21.26(a), (d), (e).

**AFFIRMED.**